AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>CHIN HUA HUANG, also known as JINEE HUANG,<br>DES INTERNATIONAL CO., LTD., AND<br>SOLTECH INDUSTRY CO., LTD.<br>*Defendant(s)* | Case: 1:20-mj-00225<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 11/10/2020<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2011 through May 2018__ in the county of __Washington__ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 371 | Conspiracy to Defraud the United States and to Violate the International Emergency Economic Powers Act (50 U.S.C. Section 1705) and the Iranian Transactions and Sanctions Regulations (31 C.F.R. Part 560) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Marcus J. Sexton, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date:   11/10/2020

*Judge's signature*

City and state:   Washington, DC     ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*